# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND A JONES,<br><br>Plaintiff,<br><br>v.<br><br>MAILROOM OFFICIALS, et al.,<br><br>Defendants. | Case No. 1:17-cv-00281-LJO-SKO (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>**(Doc. 26)** |

This action was dismissed on January 9, 2019, with prejudice, for Plaintiff's failure to state a claim under section 1983. 28 U.S.C. § 1915A. On February 25, 2019, Plaintiff filed a motion seeking the issuance of a certificate of appealability. (Doc. 26.) A certificate of appealability must be obtained to appeal a decision in habeas proceedings; it has no application in this civil rights case. 28 U.S.C. § 2253(c)(1)(A); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003). Accordingly, Plaintiff's motion, (Doc. 26), is **DISREGARDED** since unnecessary.

IT IS SO ORDERED.

Dated: **February 26, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE