# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND A. JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>MAILROOM OFFICIALS, et al.,<br><br>   Defendants. | No. 1:17-cv-00281-LJO-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S MOTION FOR TRANSCRIPTS/COPIES**<br><br>(Doc. 32) |

Plaintiff filed a motion requesting copies of transcripts and "information or documents pertaining to [his] case." (Doc. 32.) Plaintiff previously filed a request for copies of transcripts which was denied since no hearings or other court events occurred in this action for any transcripts to exist. (*See* Docs. 30, 31.) Plaintiff's request for information or documents pertaining to this case is too vague for the Court to determine what documents Plaintiff wants copied. Further, payment for copies must be made in advance at the cost of $0.50 per page.[1] Thus, Plaintiff must specifically identify the documents he wants copied and submit prepayment.

Accordingly, to the extent Plaintiff's motion, filed May 1, 2019, (Doc. 32), seeks copies of transcripts, it is DISREGARDED as duplicative of his prior motion (Doc. 30); to the extent Plaintiff's motion seeks copies of documents entered in the docket of this action, it is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **May 13, 2019**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] All parties must pay for copies of documents filed in an action, even if they are proceeding *in forma pauperis*. (*See* Doc. 5, p. 3.)

1