# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND A. JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAILROOM OFFICIALS AT CSATF, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-00281-LJO-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S MOTION FOR COPIES**<br><br>**(Doc. 34)** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 29, 2019, Plaintiff filed a motion requesting copies of memorandums, orders, and judgments issued in this case. (Doc. 34.) Payment for copies must be made in advance at the cost of $0.50 per page.[1] Plaintiff must specifically identify the documents he wants copied and submit prepayment. Accordingly, Plaintiff's motion for copies, filed on July 29, 2019, (Doc. 34), is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **July 31, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] All parties must pay for copies of documents filed in an action, even if they are proceeding *in forma pauperis*.

1