# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND A. JONES, <br><br> Plaintiff, <br><br> v. <br><br> MAILROOM OFFICIALS, et al., <br><br> Defendants. | No. 1:17-cv-00281-LJO-SKO (PC) <br><br> **ORDER ON PLAINTIFF'S MOTION FOR COPIES OF LOCAL RULES** <br><br> (Doc. 36) |

Plaintiff filed a motion requesting copies of the Local Rules of Practice in each of the four districts of California. (Doc. 36.) This Court does not provide copies of the local rules to litigants. The Eastern District of California Local Rules are available on the Court website at www.caed.uscourts.gov. Plaintiff must contact the other District Courts to ascertain how to obtain access to their local rules. Accordingly, it is HEREBY ORDERED that, Plaintiff's motion for copies of the local rules of the District Courts within this state, filed on August 21, 2019, (Doc. 36), is DENIED.

IT IS SO ORDERED.

Dated: __September 3, 2019__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE