# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARLAND A. JONES,

        Plaintiff,

  v.

MAILROOM OFFICIALS, et al.,

        Defendants.

No. 1:17-cv-00281-LJO-SKO (PC)

**ORDER ON PLAINTIFF'S MOTION THAT HE DID NOT RECEIVE THE ORDER OR JUDGMENT**

(Doc. 37)

On September 3, 2019, Plaintiff filed a motion indicating that he did not receive the final order or judgment in this case. (Doc. 37.) The history of Plaintiff's filings in this case indicate to the contrary as Plaintiff filed a notice of appeal on the judgment which is currently pending before the Ninth Circuit Court of Appeals. (*See* Docs. 26, 27, 29.) Thus, Plaintiff's motion is moot. Further, the filing of Plaintiff's notice of appeal generally divested this Court of jurisdiction during the pendency of his appeal. *Pyrodyne Corp. v. Pyrotronics Corp.*, 847 F.2d 1398, 1403 (9th Cir. 1988). Plaintiff's recourse is no longer with this court and this court will not entertain any further motions filed by Plaintiff unless directed to do so by the appellate court. Accordingly, Plaintiff's motion, filed September 3, 2019, (Doc. 37), is DISREGARDED since moot.

IT IS SO ORDERED.

Dated:   **September 5, 2019**            /s/ *Sheila K. Oberto*

                                       UNITED STATES MAGISTRATE JUDGE